DELLA GALUSHA, Appellant, *v.* FIRST NATIONAL BANK OF ALBANY, Respondent.

*Galusha* v. *First Nat. Bank of Albany*, 161 App. Div. 903, appeal dismissed.

(Submitted November 12, 1914; decided November 12, 1914.)

APPEAL from an order of the Appellate Division of the Supreme Court in the third judicial department, entered January 24, 1914, which affirmed an order of Special Term substituting certain parties defendant in place of the respondent herein and discharging it from liability upon its payment of certain moneys into court.

*Joseph P. Coughlin* for appellant.

*James F. Tracey* for respondent.

Appeal dismissed, with costs; no opinion.

Concur: WILLARD BARTLETT, Ch. J., HISCOCK, CHASE, COLLIN, HOGAN, MILLER and CARDOZO, JJ.

---

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* JOHN N. ANHUT, Appellant.

*People* v. *Anhut*, 162 App. Div. 517, affirmed.

(Argued October 22, 1914; decided November 17, 1914.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered May 29, 1914, which affirmed a judgment rendered at a Trial Term for the county of New York upon a verdict convicting the defendant of the crime of bribery.

*Anthony J. Ernest* and *Robert B. Ireland* for appellant.

*Charles S. Whitman, District Attorney (Robert C. Taylor* of counsel), for respondent.

Judgment of conviction affirmed; no opinion.

Concur: WILLARD BARTLETT, Ch. J., WERNER, CHASE, COLLIN, HOGAN, MILLER and CARDOZO, JJ.